David J. Tsai (SBN 244479)
david.tsai@pillsburylaw.com
John Steger (SBN 341299)
john.steger@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000

Carolyn S. Toto (SBN 233825)
carolyn.toto@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Telephone: 213.488.7100

Attorneys for Plaintiffs
*Hitron Technologies Americas Inc. and*
*Hitron Technologies Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HITRON TECHNOLOGIES AMERICAS INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSHA26 INC. d/b/a DISCOUNTS JUNGLE, et al.,<br><br>Defendants. | Case No. 2:25-cv-03950-AH (AJR)<br><br>**PROOF OF SERVICE OF AMENDED COMPLAINT AND AMENDED SUMMONS ON JORGE TORRES** |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

HITRON TECHNOLOGIES AMERICAS INC. and HITRON TECHNOLOGIES INC.,

*Plaintiff(s)*

v.

JOSHA26 INC. d/b/a DISCOUNTS JUNGLE, EVERGREEN FOCUS INC., KOHAN TEX INC. d/b/a KOHAN26, VIP LIQUIDATIONS, VIP VENDING LLC, MICHAEL ANNABI, US BEST PRICE CLOTHING INC., JORGE TORRES, R3 TRANSPORT INC. and DOES 1-4,

*Defendant(s)*

Civil Action No. 25-CV-03950-AH (AJR)

## SUMMONS IN A CIVIL ACTION
## ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)* **Jorge Torres**
**311 W Valley Boulevard**
**Rialto, CA 92376**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David J. Tsai, Esq.
Pillsbury Winthrop Shaw Pittman LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian D. Karth
*CLERK OF COURT*

Date: July 31, 2025

/s/ Jennylam
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Civil Action No. 2:25-cv-03950 AH (AJR)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jorge Torres was received by me on *(date)* Jan 21, 2026.

- [X] I personally served the summons on the individual at *(place)* 20149 Stanford Court, City of Industry, CA 91789 on *(date)* Sat, Jan 31 2026 at 11:26 am ; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or
- [ ] I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* ____________________; or
- [ ] I returned the summons unexecuted because: ____________________; or
- [ ] Other: ____________________ ; or

My fees are $ ___ for travel and $ ___ for services, for a total of $ ___.

I declare under penalty of perjury that this information is true.

Date: 02/02/2026

_________________________
*Server's signature*

Luis Verjan - Process Server Los Angeles 201851867
*Printed name and title*

4651 Brookhollow Cir Suite C, Riverside, CA 92509
*Server's address*

Additional Documents Served:
Second Amended Complaint

15020586