David J. Tsai (SBN 244479)
david.tsai@pillsburylaw.com
John Steger (SBN 341299)
john.steger@pillsburylaw.com
Cara MacDonald (SBN 347562)
cara.macdonald@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000

Carolyn S. Toto (SBN 233825)
carolyn.toto@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Telephone: 213.488.7100

Attorneys for Plaintiffs
*Hitron Technologies Americas Inc. and*
*Hitron Technologies Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HITRON TECHNOLOGIES AMERICAS INC., et al.,

Plaintiffs,

vs.

JOSHA26 INC. d/b/a DISCOUNTS JUNGLE, et al.,

Defendants.

Case No. 2:25-cv-03950-AH (AJR)

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT VIP LIQUIDATIONS PURSUANT TO FED. R. CIV. P. 55(a); [PROPOSED] ORDER**

Complaint Filed: May 2, 2025
Amended Complaint Filed: July 29, 2025
Second Amended Complaint Filed: September 26, 2025

Judge: Honorable Anne Hwang

TO THE CLERK OF COURT:

WHEREAS, Plaintiffs Hitron Technologies Americas Inc. and Hitron Technologies Inc. (together, "Hitron") on May 2, 2025 filed their Complaint [Dkt. 1] (the "Complaint'), alleging claims for: (1) Federal Trademark Infringement, 15 U.S.C. § 1114; (2) Federal Unfair Competition, 15 U.S.C. § 1125(a)(1)(A); (3) Federal False Advertising, 15 U.S.C. § 1125(a)(1)(B); (4) False Advertising, 15 U.S.C. § 1125(a)(1)(B); (8) False Advertising, Cal. Bus. & Prof. Code §§ 17500 *et seq.*; (5) Unfair Competition under California Common Law; (6) Conversion; and (7) Violation of California Penal Code § 496;

WHEREAS, on July 29, 2025, Hitron filed their Amended Complaint [Dkt. 32] to join additional defendants as parties to the suit;

WHEREAS, Hitron on September 26, 2025 filed their Second Amended Complaint [Dkt. 66] (the "SAC") to identify six Doe defendants by name and clarify certain factual allegations relating to the Doe defendants;

WHEREAS, Defendant VIP Liquidations ("Defendant VIP Liquidations") is named as a defendant in the SAC;

WHEREAS, as shown in the Proofs of Publication of Defendant VIP Liquidations filed by Hitron on May 28, 2026 [Dkt. 114-116], Defendant VIP Liquidations was served with the Summons and Complaint via service by publication in accordance with Federal Rule of Civil Procedure 4(e)(1), California Civil Procedure Code § 415.50;

WHEREAS, Defendant VIP Liquidations' deadline to answer or otherwise respond to the SAC was May 18, 2026, which is 21 days after service was deemed complete under the applicable California service rules, *see* Fed. R. Civ. P. 12(a)(1)(A)(i);

WHEREAS, Defendant VIP Liquidations has not filed an Answer or otherwise responded to the SAC as of the date of this filing.

NOW, THEREFORE, Hitron respectfully request that the Clerk of the above-entitled Court enter default against Defendant VIP Liquidations pursuant to Fed. R. Civ. P. 55(a) for failure to file an Answer to the SAC or otherwise to defend the action, and that it enter the attached Order.

Dated: May 29, 2026

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ David J. Tsai*
David J. Tsai

*Attorneys for Plaintiffs*
*Hitron Technologies Americas Inc. and*
*Hitron Technologies Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of the filing to all counsel of record.

*/s/ David J. Tsai*
David Tsai