David J. Tsai (SBN 244479)
david.tsai@pillsburylaw.com
John Steger (SBN 341299)
john.steger@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000

Carolyn S. Toto (SBN 233825)
carolyn.toto@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Telephone: 213.488.7100

Attorneys for Plaintiffs
*Hitron Technologies Americas Inc. and*
*Hitron Technologies Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HITRON TECHNOLOGIES AMERICAS INC., et al.,

Plaintiffs,

vs.

JOSHA26 INC. d/b/a DISCOUNTS JUNGLE, et al.,

Defendants.

Case No. 2:25-cv-03950-AH (AJR)

**DECLARATION OF DAVID J. TSAI IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

I, DAVID J. TSAI, declare:

1. I am a member of the State Bar of California and a Partner at the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for Plaintiffs Hitron Technologies Americas Inc. ("Hitron Americas") and Hitron Technologies Inc. ("Hitron Technologies") (collectively, "Hitron" or "Plaintiffs") in the above-captioned action. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. I make this declaration in support of Plaintiffs' Motion for Default Judgment Against Defendants VIP Liquidations, Michael Annabi, and Jorge Torres.

3. Plaintiffs filed the Second Amended Complaint on September 26, 2025. ECF No. 66.

4. Defendant Jorge Torres was served with the Summons and Second Amended Complaint on January 31, 2026. Proof of service was filed on February 3, 2026. ECF No. 84.

5. Defendant Jorge Torres did not answer, appear, or otherwise respond to the Second Amended Complaint. Plaintiffs requested entry of default against Defendant Torres on April 6, 2026. ECF No. 103.

6. On April 7, 2026, the Clerk entered default against Defendant Jorge Torres. ECF No. 105.

7. Defendants VIP Liquidations and Michael Annabi were served with the Summons and Second Amended Complaint by publication in accordance with the Court's order authorizing service by publication and applicable service rules. Proofs of publication were filed. ECF Nos. 114 through 116.

8. Defendants VIP Liquidations and Michael Annabi did not answer, appear, or otherwise respond to the Second Amended Complaint. Plaintiffs requested entry of default against Michael Annabi on May 29, 2026. ECF No. 117. Plaintiffs requested entry of default against VIP Liquidations on May 29, 2026. ECF No. 118.

9. On June 1, 2026, the Clerk entered default against VIP Liquidations on the Second Amended Complaint. ECF No. 119.

10. On June 1, 2026, the Clerk entered default against Michael Annabi on the Second Amended Complaint. ECF No. 120.

11. The operative pleading to which defaults were entered is the Second Amended Complaint. ECF No. 66.

12. VIP Liquidations is an entity and therefore is not an infant, incompetent person, or person in military service.

13. Based on my review of the record, communications, service materials, public records, and investigation conducted in this matter, I am informed and believe that Michael Annabi and Jorge Torres are not infants or incompetent persons.

14. Attached as **Exhibit A** and **Exhibit B** are true and correct copies of Servicemembers Civil Relief Act status reports for Michael Annabi and Jorge Torres respectively, reflecting that neither was on active duty. Based on those reports, the Servicemembers Civil Relief Act does not apply.

15. Plaintiffs seek damages only through this motion. Plaintiffs do not seek attorneys' fees, costs, an accounting, return of inventory, or injunctive relief.

16. The amount of damages requested in this motion is $1,025,480.40, consisting of $341,826.80 in actual damages trebled under California Penal Code section 496(c).

17. On August 14, 2026, Plaintiffs served the Notice of Motion and Motion for Default Judgment, along with all supporting papers, on Defendants VIP Liquidations, Michael Annabi, and Jorge Torres by FedEx at their last known addresses, including:

a. VIP Liquidations, 4529 Osborne Drive, El Paso, Texas 79912;

b. Michael Annabi, 4529 Osborne Drive, El Paso, Texas 79912; and

c. Jorge Torres, 311 W. Valley Boulevard, Rialto, California 92376.

18. Attached as **Exhibits C, D, and E** are true and correct copies of the proofs of service for this Motion and supporting papers.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 14, 2026

*/s/ David J. Tsai*
David J. Tsai