# EXHIBIT C

David J. Tsai (SBN 244479)
david.tsai@pillsburylaw.com
John Steger (SBN 341299)
john.steger@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000

Carolyn S. Toto (SBN 233825)
carolyn.toto@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Telephone: 213.488.7100

Attorneys for Plaintiffs
*Hitron Technologies Americas Inc. and*
*Hitron Technologies Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HITRON TECHNOLOGIES AMERICAS INC., et al.,<br>Plaintiffs,<br>vs.<br>JOSHA26 INC. d/b/a DISCOUNTS JUNGLE, et al.,<br>Defendants. | Case No. 2:25-cv-03950-AH (AJR)<br>**PROOF OF SERVICE** |

I, the undersigned, hereby declare under penalty under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years and not a party to or interested in the within-entitled action. I am an employee of **PILLSBURY WINTHROP SHAW PITTMAN LLP**, and my business address is Four Embarcadero Center, 22nd Floor, San Francisco, California 94111.

On August 14, 2026, I served the following documents:

- **Plaintiffs' Motion for Entry of Default Judgment**
- **Declaration of David J. Tsai in Support of Plaintiffs' Motion for Entry of Default Judgment;**
- **Declaration of Gregory Fisher;**
- **[Proposed] Order Granting Default Judgment**

on the persons/entity listed below:

VIP Liquidations
4529 Osborne Drive
El Paso, Texas 79912

The documents were served by the following means:

| | |
|---|---|
| **X** | **By OVERNIGHT DELIVERY**. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |

I declare under the penalty under the laws of the State of California that the foregoing is true and correct. Executed on August 14, 2026, at San Francisco, California.

Yvonne Chen

ORIGIN ID:APCA (415) 983-1000
DAVID TSAI
PILLSBURY WINTHROP SHAW PITTMAN LLP
FOUR EMBARCADERO CENTER
22ND FLOOR
SAN FRANCISCO, CA 94111
UNITED STATES US

SHIP DATE: 14AUG26
ACTWGT: 0.50 LB
CAD: 268090782/FAPI2208

BILL SENDER

TO **VIP LIQUIDATIONS**
**4529 OSBORNE DR**
**EL PASO TX 79922**

REF: 049713-0000018-19779
INV:
PO:
DEPT:

58KJ6/C457/484B

FedEx Express

J261026012001uv

TRK# 0201 **8758 0930 8167**

**MON - 17 AUG 5:00P**
**STANDARD OVERNIGHT**

**XX WELPG**

**LRUA 79922**
TX-US **ELP**

**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).