David J. Tsai (SBN 244479)
david.tsai@pillsburylaw.com
John Steger (SBN 341299)
john.steger@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000

Carolyn S. Toto (SBN 233825)
carolyn.toto@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Telephone: 213.488.7100

Attorneys for Plaintiffs
*Hitron Technologies Americas Inc. and*
*Hitron Technologies Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HITRON TECHNOLOGIES AMERICAS INC., et al.,<br>Plaintiffs,<br>vs.<br>JOSHA26 INC. d/b/a DISCOUNTS JUNGLE, et al.,<br>Defendants. | Case No. 2:25-cv-03950-AH (AJR)<br>**PLAINTIFFS' NOTICE OF ERRATA REGARDING DOCKET TEXT FOR DKT. 124** |

Plaintiffs filed a Notice of Motion and Motion for Default Judgment Against VIP Liquidations, Michael Annabi, and Jorge Torres [Dkt. 124] on August 14, 2026. However, due to a clerical error, the docket text listed R3 Transport instead of Jorge Torres as one of the defendants that plaintiffs are seeking default judgment against.

The docket text should be corrected to list Jorge Torres instead of R3 Transport.

Dated: August 18, 2026

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ John Steger*
John Steger

*Attorneys for Plaintiffs*
*Hitron Technologies Americas Inc. and*
*Hitron Technologies Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of the filing to all counsel of record.

*/s/ John Steger*
John Steger