UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-03950-AH-AJRx | Date | September 25, 2026 |
| Title | *Hitron Technologies Americas Inc. et al. v. Josha26 Inc. et al.* | | |
| Present: The Honorable | Anne Hwang, United States District Judge | | |

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING HEARING DATE FOR MOTION FOR DEFAULT JUDGMENT (DKT. NO. 124)**

On August 14, 2026, Plaintiffs Hitron Technologies Americas Inc. and Hitron Technologies Inc. ("Plaintiffs") filed a Motion for Default Judgment against Defendants VIP Liquidations, Michael Annabi, and Jorge Torres ("Defendants"). Dkt. No. 124. On September 11, 2026, the Court issued an Order to Show Cause regarding the Court's personal jurisdiction and subject matter jurisdiction and vacated the hearing originally set for September 16, 2026. Dkt. No. 127. On September 18, 2026, Plaintiffs filed a response. Dkt. No. 128. The Court has reviewed Plaintiffs' response and deems it satisfactory, and accordingly DISCHARGES the Order to Show Cause.

The Court sets a new hearing on the Motion for Default Judgment for **October 28, 2026**, at 1:30 p.m. Plaintiffs are ordered to serve a copy of this Order upon Defendants, in the same manner in which Plaintiffs served Defendants with the Motion for Default Judgment, and file Proof of Service within seven (7) days of the date of this Order.

**IT IS SO ORDERED.**